# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DE LEON,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00257-AWI-SAB (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 42] |

Plaintiff Jesus DeLeon is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 17, 2015, the Magistrate Judge directed Plaintiff within twenty-one days to file an opposition to Defendants' pending motion for summary judgment. (ECF No. 42.) The order was sent to both Plaintiff's address of record (Pleasant Valley State Prison) as well as his location as indicated by California Department of Corrections and Rehabilitation inmate locator (North Kern State Prison). More than twenty-one days have expired and Plaintiff has failed to comply or otherwise respond to the Court's order, despite clear warning that the action would be dismissed if Plaintiff failed to comply. Accordingly, the instant action is DISMISSED, with prejudice, for Plaintiff's failure to prosecute and comply with a court order. All pending motions shall be TERMINATED as MOOT.

IT IS SO ORDERED.

Dated: December 3, 2015

                              SENIOR DISTRICT JUDGE